

# IN THE
# TENTH COURT OF APPEALS

No. 10-22-00124-CR
No. 10-22-00125-CR
No. 10-22-00126-CR
No. 10-22-00127-CR
No. 10-22-00128-CR
No. 10-22-00129-CR
No. 10-22-00130-CR
No. 10-22-00131-CR
No. 10-22-00132-CR
No. 10-22-00133-CR
No. 10-22-00134-CR
No. 10-22-00135-CR
No. 10-22-00136-CR

**DAVID CORNETT,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court Nos. 37235CR, 37236CR, 37237CR, 37238CR,**
**37239CR, 37240CR, 37241CR, 37242CR, 37243CR,**
**37244CR, 37245CR, 37246CR, and 37247CR**

# MEMORANDUM OPINION

David Cornett appeals the trial court's denial of Cornett's "Motion for Nunc Pro Tunc Order to Remove the Improper Cumulation Order and Illegal Sentence in Cause No. 37235-37247CR."

We do not have appellate jurisdiction of the denial of a motion for judgment nunc pro tunc. *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. dism'd). The appropriate remedy to obtain review of the denial of a nunc pro tunc motion is by a petition for writ of mandamus. *Ex parte Forooghi*, 185 S.W.3d 498 (Tex. Crim. App. 2006) (Johnson, J., concurring statement); *see also Ex parte Ybarra*, 149 S.W.3d 147, 149 (Tex. Crim. App. 2004).

Accordingly, we dismiss these appeals for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeals dismissed
Opinion delivered and filed May 11, 2022
Do not publish
[CRPM]

